

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Armando Gonzalez Jr.,

Vs. No. 11-22-00340-CR

The State of Texas,

\* From the 441st District Court
of Midland County,
Trial Court No. CR 56662.

\* December 19, 2024

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.